**Order entered November 16, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### ATTORNEY LENNIE F. BOLLINGER, AND WORMINTON & BOLLINGER LAW FIRM, Appellees

---

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02654-2017**

---

## ORDER

Before the Court is appellant's November 6, 2018 "notice of court record received after filed brief to be included for 'good cause' reasons." Appellant seeks to have included "as relevant to Appeal" a copy of the trial court's September 28, 2018 "order sustaining court reporter's contest to plaintiff Darlene C. Amrhein's 'statement of inability to afford payment of court costs or an appeal bond' filed with County Court at Law No. 6." Appellant asserts she received the order October 30, 2018.

We construe appellant's notice as a request that a supplemental clerk's record containing a copy of the September 28th order be filed. We **GRANT** the request and **ORDER** Collin County Clerk Stacey Kemp to file, no later than November 30, 2018, a supplemental clerk's

record containing a copy of the order.  On our own motion, we **EXTEND** the deadline for filing appellant's amended brief to December 10, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Kemp and the parties.

/s/     DAVID EVANS
JUSTICE